IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS R. WINTER PLAINTIFF

v. Case No. 6:26-cv-06061

ARKANSAS DEPARTMENT OF CORRECTIONS; SERGEANT SEIGAL; MAJOR OTTS; and WARDEN WHITE DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Singleton recommended that Plaintiff's case be dismissed without prejudice.

Plaintiff filed his Complaint (ECF No. 1) in the Eastern District of Arkansas, and it was subsequently transferred to this Court (ECF No. 3). Based on the complaint's deficiencies, Judge Ford entered an order (ECF No. 6) directing Plaintiff to submit an amended complaint.[1] Plaintiff never responded.

Thereafter, Judge Singleton entered an order directing Plaintiff to show cause for his failure to obey the previous order and warning him that if he missed this deadline then "this case shall be subject to dismissal." ECF No. 10. Again, Plaintiff never responded. The Court's orders mailed to Plaintiff have been returned as undeliverable. See ECF Nos. 8; 9; 11. However, Plaintiff has not provided the Court with a new address. Furthermore, Plaintiff has never communicated with this Court, nor has he paid his filing fee or applied to proceed *in forma pauperis* herein. Therefore, Judge Singleton recommended that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to

[1] Shortly after, the case was reassigned to Judge Spencer G. Singleton.

prosecute this case and failure to obey the orders of the Court pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.

Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 12) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge